Alan R. Jampol (053815)
JAMPOL LAW APC
1801 Century Park East, 25th Floor
Los Angeles, CA 90067
(310) 556 – 9678 Office
(310) 614-4149 Cell
Email: alan@jampol-law.com

Attorneys for Plaintiffs Stephan Dean and Liza Dean Individually and dba SureFile Filing Systems

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN AND LIZA DEAN INDIVIDUALLY AND DBA SUREFILE FILING SYSTEMS,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; DOES 1-50 INCLUSIVE<br><br>Defendants. | Case No: 5:22-CV-00278-MCS-SHK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF FIRST, THIRD, AND FOURTH CAUSE OF ACTION OF COMPLAINT [F.R.Civ.P. 41(a)(1)]** |

Plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems, hereby dismiss without prejudice the First, Third, and Fourth Causes of Action of the Complaint and any claims for damages.

Dated: February 21, 2022

JAMPOL LAW APC

By _____
Alan R. Jampol
Attorneys for Plaintiffs Stephan Dean and Liza Dean individually and dba SureFile Filing Systems

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF FIRST, THIRD, AND FOURTH CAUSES OF ACTION OF COMPLAINT