UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   5:22-cv-00278-MCS-KK                                Date   April 18, 2022

Title   *Stephan Dean et al v. Kaiser Foundation Health Plan Inc et al*

Present: The Honorable   Mark C. Scarsi, United States District Judge

|  Stephen Montes Kerr  |  Jean Kim  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):

**Proceedings:**   **Motion for Preliminary Injunction re: Trademarks and Patient Information (ECF No. 27)**

The motion hearing is held. Counsel address the Court. For reasons stated on the record, the Court grants the Motion for Preliminary Injunction (ECF No. 27) and will enter the injunction upon the posting of a $5,000 bond by the defendants and counter-claimants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals.

IT IS SO ORDERED.