SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700 / Facsimile:  310.228.3701
Email      JPietrini@sheppardmullin.com
            PBost@sheppardmullin.com

JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  619.338.6588 / Facsimile:  619.515.4182
Email:     JBurns@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
Kaiser Foundation Health Plan, Inc. and Defendant
Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>        Plaintiffs,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 5:22-cv-00278-MCS-KK<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION**<br><br>*[Filed concurrently with [Proposed] Order]* |

1  THIS STIPULATION is hereby entered into by and between Plaintiffs and Counter-Defendants Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Deans"), and Defendant and Counterclaimant Kaiser Foundation Health Plan, Inc. ("KFHP").

WHEREAS, KFHP filed a motion for summary judgment, with a hearing date of July 18, 2022.

WHEREAS, the Deans have requested, and KFHP has agreed to, an extension of the time for the Deans to oppose the motion for summary judgment.

THEREFORE, subject to the Court's approval and pursuant to the foregoing stipulation, the Deans and KFHP hereby jointly request that the Court order the hearing on KFHP's motion for summary judgment continued to August 1, 2022 at 9:00 am, such that the Deans' opposition to KFHP's motion for summary judgment shall be due on or before July 11, 2022 and KFHP's reply in support of its motion for summary judgment shall be due on or before July 18, 2022.

IT IS SO STIPULATED.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  June 17, 2022     By     /s/ John F. Burns
                                 Jill Pietrini
                                 Paul Bost
                                 John F. Burns

Attorneys for Defendant and Counterclaimant Kaiser Foundation Health Plan, Inc. and Defendant Kaiser Foundation Hospitals

Dated: June 17, 2022

By         */s/ Stephan Dean*
            Stephan Dean

Plaintiff and Counter-Defendant, on behalf of himself and SureFile Filing Systems

Dated: June 17, 2022

By        */s/ Liza Dean*
            Liza Dean

Plaintiff and Counter-Defendant, on behalf of herself and SureFile Filing Systems