UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive,<br><br>Defendants. | Case No. 5:22-cv-00278-MCS-KK<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION** |
| AND RELATED COUNTER-CLAIMS. | |

Upon considering the stipulation between Plaintiffs and Counter-Defendants Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Deans"), and Defendant and Counterclaimant Kaiser Foundation Health Plan, Inc. ("KFHP"), and good cause appearing, the Court hereby orders as follows:

1. The Deans' opposition to KFHP's motion for summary judgment shall be due on or before July 11, 2022.

2. KFHP's reply in support of its motion for summary judgment shall be due on or before July 18, 2022.

3. The hearing on KFHP's motion for summary judgment shall be held on August 1, 2022 at 9:00 am.

IT IS SO ORDERED

DATED: _____

                                           HON. MARK C. SCARSI
                                           U.S. DISTRICT COURT JUDGE