UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:22-cv-00278-MCS-KK | Date August 1, 2022 |
| Title *Stephan Dean et al v. Kaiser Foundation Health Plan Inc et al* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Kathy Strider |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephan Dean, pro se | John F. Burns |
| Liza Dean, pro se | Paul A. Bost |

**Proceedings:**   **Motion for Summary Judgment (ECF No. 53)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant the Motion for Summary Judgment (ECF No. 53) (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.