UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:22-cv-00278-MCS-KK | Date May 17, 2023 |
| Title *Dean v. Kaiser Found. Health Plan Inc.* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present                           None Present

**Proceedings:** (IN CHAMBERS) ORDER RE: JOINT MOTION FOR ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE PURSUANT TO ADR PROCEDURE 1 (ECF NO. 83)

In December 2022, the parties requested a referral to alternative dispute resolution proceedings before the Magistrate Judge. (J. Mot., ECF No. 83.) The Court intended to grant the request in December, but its order did not issue due to a clerical error. The Court regrets this error and now grants the request.

On its own motion, the Court vacates the alternative dispute resolution deadline of May 19, 2023. The Court assumes that the parties and the Magistrate Judge are unprepared to schedule and conduct a settlement conference this week. The Court will set a new deadline, if necessary, in its orders resolving the pending motions. All other dates and deadlines remain in place.

**IT IS SO ORDERED.**