UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

APR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHAN C. DEAN, DBA SureFile Filing Systems; LIZA DEAN, DBA SureFile Filing Systems, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC.; et al., <br><br> Defendants-Appellees. | No. 23-55580 <br><br> D.C. No. 5:22-cv-00278-MCS-KK Central District of California, Riverside <br><br> ORDER |

Before:   TASHIMA, SILVERMAN, and KOH, Circuit Judges.

The district court certified that this appeal is not taken in good faith and denied appellants leave to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915(a). On July 6, 2023, this court ordered appellants to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and the responses to the court's July 6, 2023 order, we conclude that this appeal is frivolous. We therefore deny the motion to proceed in forma pauperis (Docket Entry No. 4) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

OSA172

No further filings will be entertained in this closed case.

**DISMISSED.**