Stephan C. Dean and Liza Dean
37187 Bankside Drive #2
Cathedral City, CA  92234
323-314-9692
Surefile@msn.com

In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive,<br><br>　　　　　Defendants. | Case No.: 5:22-cv-00278-MCS<br><br>HONORABLE JUDGE MARK C. SCARCI<br><br>PLAINTIFFS STEPHAN C. DEAN AND LIZA D. DEAN DBA SUREFILE FILIING SYSTEMS NOTICE OF MOTION AND MOTION UNDER FRCP 60 (B) REQUEST FOR RELIEF<br>[Filed concurrently with Plaintiffs Memorandum of Points and Authorities; Request for Judicial Notice; Declarations of Thomas Stefanelli and Stephan C Dean and Liza D Dean DBA Surefile Filing Systems<br>Hearing:<br><br>Date: Monday November 18, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND ITS

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 9:00 a.m. on November 18, 2024 or as soon

thereafter as this matter may be heard, in Courtroom 7C of the above-captioned Court,

located at 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California

1

90012, the Honorable Mark C. Scarsi presiding, Plaintiffs Stephan C Dean and Liza D Dean DBA Surefile Filing Systems collectively (Dean) will and hereby do move for an order striking the cross complaint of Kaiser Foundation Health plan and Kaiser Foundation Hospital (collectively, "Kaiser cross complainants defendants") in Case No. 5:22-cv-00278-MCS-SHK pursuant to Fed. R. Civ. P. 60(b) (1)-(6). This motion is made on the grounds that the cross Complaint in this case is barred by claim preclusion and issue preclusion and the Rooker Feldman doctrine and relief may be granted under Fed. R. Civ. P. 60(b) (1)-(6). This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice of the declarations of Thomas Stefanelli and Stephan C Dean and Liza D Dean DBA Surefile Filing Systems, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on August 30,2024.

Respectfully submitted.

/S/ *Stephan C Dean*_____

Stephan C Dean, DBA Surefile Filing Systems

 October 4, 2024


*/S/ Liza D Dean*_____

Liza D Dean, DBA Surefile Filing Systems

 October 4, 2024

2