# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>    Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive,<br><br>    Defendants. | Case No.: 5:22-cv-00278-MCS<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS, CROSS DEFENDANTS, STEPHAN C DEAN AND LIZA D DEAN, DBA SUREFILE FILING SYSTEMS MOTION FOR AN ORDER FOR RELIEF UNDER FRCP 60(B) STRIKING THE CROSS COMPLAINT AND VACATING THE PRELIMINARY INJUNCTION IN THIS CASE** |

Plaintiffs Cross Defendants Stephan C Dean and Liza D Dean, DBA Surefile Filing Systems, moved for an order under FRCP 60(B): (1) striking Plaintiffs entire cross complaint and, (2) vacating the injunctions related to this case.

After considering Dean's motion, all other papers filed herein, the records of the case, hearing on the motion, and good cause appearing, the Court hereby **GRANTS** the Dean's motion in its entirety.

**IT IS SO ORDERED**

DATED: _____   _____

                                  HON. MARK C. SCARSI

                                  US DISTRICT COURT JUDGE

1