Name:    STEPHAN C DEAN

Address: 84 133 HUNTINGTON AVE

COACHELLA CA 92236

Phone Number:  323 314 9692

Email Address:   SUREFILE@MSN.COM

*Pro Se*

FILED

CLERK, U.S. DISTRICT COURT

07/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____mba_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN C DEAN LIZA D DEAN DBA SUREFILE FILING SYSYEMS<br><br>PLAINTIFF(S)<br>v.<br>KAISER FOUNDATION HEALTH PLAN INC KAISER FOUNDATION HOSPITAL<br><br>DEFENDANT(S) | CASE NUMBER<br><br>5:22-CV-00278-MCS-KK<br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the  ☒ Plaintiff   ☐ Defendant     in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case.  I hereby affirm that:

1.  I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2.  I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3.  I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4.  I understand that I may not e-file on behalf of any other person in this or any other case.

5.  I have regular access to the technical requirements necessary to e-file successfully:

    *Check all that apply.*

    [✓] A Computer with internet access.

    [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

    [✓] A scanner to convert documents that are only in paper format into electronic files.

    [✓] A printer or copier to create required paper copies such as chambers copies.

    [✓] A word-processing program to create documents; and

    [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  Jul 30, 2026                    Signature:    *S D Stephan Dean*