NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

JOHN F BURNS

SHEPPARD MULLIN

501 WEST BROADWAY, 18TH FLOOR

SAN DIEGO,CA 92101

619 338 6588

FILED
CLERK, U.S. DISTRICT COURT
07/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY_____mba_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

 Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEPHAN C DEAN LIZA D DEAN DBA
SUREFILRE FILING SYSTEMS PRO SE

PLAINTIFF(S),

v.

KAISER FOUNDATION HEALTH PLAN
INC KAISER FOUNDATION HOSPITALS

DEFENDANT(S).

CASE NUMBER

5:22-CV-00278-MCS-KK

**PROOF OF SERVICE - ACKNOWLEDGMENT
OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of RIVERSIDE _____, State of California, and not a party to the above-entitled cause. On JULY 30 _____, 2026 _____, I served a true copy of NOTICE OF AND MOTION /MEMORANDUM OF POINTS AND AUTHORITIES DECLARATION OF STEPAN LIZA DEAN O. by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5⊠: by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

John F Burns, Sheppard Mullin, 501 W. Broadway, 18th Floor, San Diego, CA 92101

Place of Mailing: COACHELLA, CA _____

Executed on JULY 30 _____, 20 26 _____ at COACHELLA _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Clotilde S. Dean*
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____                    _____
*Signature*                                 *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE