NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
STEPHAN C DEAN LIZA D DEAN DBA SUREFILE
FILING SYSTEMS PRO SE
323 314 9692

FILED
CLERK, U.S. DISTRICT COURT

8/11/2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ dgo _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEPHAN C DEAN LIZA D DEAN DBA
SUREFILE FILING SYSTEMS

PLAINTIFF(S),

v.

KAISER FOUNDATION HEALTH PLAN
INC KAISER FOUNDATION HOSPITAL

DEFENDANT(S).

CASE NUMBER

5:22-cv-00278-MCS-KK

PROOF OF SERVICE - ACKNOWLEDGMENT
OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of RIVERSIDE , State of California, and not a party to the above-entitled cause. On AUGUST 11 , 20 26 , I served a true copy of NOTICE OF APPEAL by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served.  Attach additional pages if necessary.)

Place of Mailing: COACHELLA CA

Executed on AUGUST 11 , 20 26 at COACHELLA , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____ , received a true copy of the within document on _____ .

Signature

Party Served

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE