**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHAN C. DEAL LIZA D. DEAN, ET AL | CASE NUMBER: |
| PLAINTIFF(S) | 5:22-cv-00278-MCS-KK |
| v. | |
| KAISER FOUNDATION HEALTH PLAN INC. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| 8/11/26 | | PROOF OF SERVICE |
|---|---|---|
| Date Filed | Document No. | Title of Document |

Deficiencies:

    Local Rule 11-3.8 title page is missing, incomplete, or incorrect
✓ Document lacks required signature
    Document linked incorrectly to the wrong document/docket entry
    Document submitted in the wrong case
    Incorrect document is attached to the docket entry
    Incorrect event selected.  Correct event to be used is _____
    Proposed document was not submitted or was not submitted as a separate attachment
    Other:

Motion-Related Deficiencies:

    Local Rule 7-3 compliance statement missing
    Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
    Hearing information is missing, incorrect, or untimely
    Local Rule 11-6 Memorandum exceeds 25 pages
☐    Other: _____

Other Deficiencies:

    Local Rule 83-2.5 no letters to the Judge
    Fed. R. Civ. P. 5 no proof of service attached
    Local Rule 7.1-1 no notice of interested parties
    Other:

**Note:**    **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Date:   8/11/26 _____    By:  D. Lewman _____
    Deputy Clerk